**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO. 4:13CV00092-SA-JMV** |
| **STONE PONY PIZZA, INC.** | **DEFENDANT** |

**ORDER**

Before the court is the motion of Cecily Allen, Stephanie Clay, Shameika Cooper, Faith Holmes, Regina Moton, Crystal S. Peeler, Lashunda Ranson, and Jasmine Washington ("Movants") for leave to intervene in this action and for a trial continuance[1] [30]. Movants invoke the procedure of Fed.R.Civ.P. 24(a) and declare that they have a statutory right to intervene under 42 U.S.C. § 2000e-5(f)(1). Movants further request that they be allowed to join in the complaint of the current intervenors. Because movants have failed to meet Rule 24(c)'s requirement of attaching a pleading that sets out their claims, the court is unable to discern whether intervention is proper in this instance. Additionally, to the extent movants seek a continuance of the trial setting, they have stated no basis for such relief. Therefore, the instant motion is **DENIED** without prejudice to movants' right to reurge the motion within seven (7) days of this date. Further, should movants decide to request a continuance of the current trial setting, they must do so by separate motion filed before the district judge.

Ordered this 20th day of November, 2013.

/s/ Jane M. Virden
U. S. Magistrate Judge

---

[1] The court surmises that the request to "Grant Defendant a Continuance of the trial Setting" is a typographical error.