**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**                                              **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 4:13CV00092-SA-JMV**

**STONE PONY PIZZA, INC.**                                       **DEFENDANT**

**ORDER SEALING EXHIBIT**

Before the court is Defendant Stone Pony Pizza, Inc.'s Motion to Strike [55] filed January 3, 2014. Specifically, Defendant seeks an order striking an exhibit filed by the EEOC as an attachment to its Reply in support of it's Motion to Modify Order Extending Deadline to Identify Class Members [52] on the ground that it contains personal and private information and employment histories of individuals. While the court agrees said information is sensitive, the court finds the appropriate remedy in this instance is to seal said exhibit. Accordingly, the motion to strike is DENIED. However, because the subject exhibit contains the personal and sensitive employment histories of individuals not parties to this action, **the Clerk shall forthwith seal the Exhibit to Docket Entry # 52.**

Ordered this 10th day of January, 2014.

                                                                       /s/ Jane M. Virden
                                                                       U. S. Magistrate Judge