**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**EEOC**                                                                                                       **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 4:13-cv-92-SA-JMV**

**STONE PONY PIZZA, INC.**                                                    **DEFENDANT**

## ORDER

The court hereby orders the following persons to attend depositions set in the above styled case, scheduled to occur on Saturday, March 15, 2014:

    (1) Jalissa Farmer
    (2) Kneashay Fair
    (3) Christie Boyd
    (4) Latisha Applewhite
    (5) Marchello Kemp
    (6) Roxchelle Wiley
    (7) Tyler Banks, Jr.
    (8) Charles Wilder

**SO ORDERED** this the 14th day of March, 2014.

                                                  /s/Jane M. Virden
                                                  **UNITED STATES MAGISTRATE JUDGE**