IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:13-CV-92-SA-JMV

STONE PONY PIZZA, INC.                                                      DEFENDANT

## ORDER

Pursuant to a separate Memorandum Opinion issued this day the Court orders the following:

Stone Pony's Motion for Summary Judgment [219] is GRANTED in part, and DENIED in part. Intervenors Washington, Ranson, and Moton are DISMISSED as Intervenor Plaintiffs. Stone Pony's motion for summary judgment is DENIED on all other issues.

The EEOC's Motion for Partial Summary Judgment [217] is GRANTED in part, and DENIED in part. The EEOC's motion for summary judgment as to the Defendant's sixteenth affirmative defense is GRANTED. The EEOC's motion for summary judgment as to the Defendant's first, seventeenth, and twentieth affirmative defense is DENIED.

**SO ORDERED on this the 28th day of March, 2016.**

                                                                        /s/   Sharion Aycock
                                                            **UNITED STATES DISTRICT JUDGE**