IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION[1]                PLAINTIFF

V.                                            CIVIL ACTION NO. 4:13-CV-92-SA-JMV

STONE PONY PIZZA, INC.                                          DEFENDANT

FINAL JUDGMENT

For all of the reasons fully explained in a separate Order on Damages [304], the Court finds in favor of the Plaintiffs and awards: $39,158.87 to Tyler Banks, Jr.; $39,231.77 to Christie Boyd; $44,933.92 to Ja'Lissa Farmer; $66,870.59 to Marchello Kemp; $35,000 to Charles Wilder; $39,115.16 to Roxchelle Wiley; $68,807.40 to Chendra Johnson-Hampton; $53,639.06 to Wylinda Gregory; $69,879.50 to Youmeka Simpson; $50,737.71 to Cecily Allen; $63,532.22 to Stephanie Clay; $111,081.81 to Shameika Cooper; $88,733.81 to Faith Holmes; and $51,919.77 to Crystal Peeler.

In addition to owing these sums, Defendant Stone Pony is permanently enjoined from engaging in racial discrimination against job applicants, maintaining a segregated workforce on the basis of race, and discarding personnel or employment records, including employment applications, resumes and any other documents submitted by job applicants within one year of creation or submission.

SO ORDERED on this the 16th day of November, 2017.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

---

[1] The Commission represents six Claimants in this case: Tyler Banks, Jr., Christie Boyd, Ja'Lissa Farmer, Marchello Kemp, Charles Wilder, and Roxchelle Wiley. Eight additional Plaintiffs were permitted to intervene in this action: Chendra Johnson-Hampton, Wylinda Gregory, Youmeka Simpson, Cecily Allen, Stephanie Clay, Shameika Cooper, Faith Holmes, and Crystal Peeler. For simplicity, the Court uses the term "Plaintiffs" to refer to all of these parties.